Request for Jurisdiction Transfer                                                                  July 31, 2025
Name of Offender: Gordon Driver

| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:12-CR-00967JAK |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00258-JAD-DJA-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central of California | DIVISION No |
|---|---|---|
| Mr. Gordon Driver | NAME OF SENTENCING JUDGE John A Kronstadt | |
| [FILED ✓   AUG 26 2025   CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA   BY: AMMi DEPUTY] | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 20, 2024  TO December 19, 2027 |

**OFFENSE**
Wire Fraud (Count 9), and False Statement (Count 16).

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Driver's family ties and support system live in the D/NV and there is no intentions for him to return to the Central District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    CENTRAL    DISTRICT OF    CALIFORNIA

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

August 6, 2025
*Date*

*[signature]*
*United States District Judge   John A. Kronstadt*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/27/2025
*Effective Date*

*[signature]*
*United States District Judge*